IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHARON KESSELMAN** | : | |
| | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | **NO. 09-5446** |
| v. | : | |
| | : | |
| **SANOFI-AVENTIS U.S., INC** | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 30th day of March 2012, upon consideration of Defendant's Motion for Summary Judgment [Doc. No. 22], and all related briefing in opposition to and in support of that motion, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant's Motion is **GRANTED.**

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**